# SUBSTANCE ABUSE PROGRAM

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

NOV 10 2015

CHRISTOPHER A. PRINE
CLERK _____

01-15-00910 thru 00913-CR

To whom it May concern,

I Drew, Patterson #02530860
A Pre-trial trial, Detainee
Here @ the Harris Co
Sheriff office Jail
Located @ 1200 Baker
St
Houston Tx 77002

Reg. A motion for
Hybrid Representation
and a post Judgment
Motion

During Dates of Incarceration

Aug 2013, Oct 2013 - Jan 2014

June, 3, 2014 - Present Date

in time

from Law Library Prison Unit
On Several Occasions. BUT LIBRARY PRISON
UNIT NO LONGER Poicss motions for filing

I certify and approve this MSG:
X Drew M Patterson

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name: Kelly Elopre
SPN: 02841986  Cell: Cen/A
Street: 1200 Baker St.

Houston, Texas 77002

INDIGENT

77002*2066

MAIL RECEIVED

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

NOV 10 2015

CHRISTOPHER A. PRINE
CLERK

HCSO

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.48⁵
02 4W
0000334684 NOV 05 2015

Attn. Christopher A. Prine
CLERK OF THE COURT
COURT OF APPEALS
FIRST DISTRICT
301 Fannin St
Houston Texas 77002-
2066